No. 46,195

PANHANDLE EASTERN PIPE LINE COMPANY, a Corporation, *Appellant,* v. LETHA E. JONES, County Treasurer of Kingman County; THE BOARD OF COUNTY COMMISSIONERS OF KINGMAN COUNTY; SYLVESTER A. BIGGS, County Clerk of Kingman County, *Defendants,* and RONALD F. DWYER, Director of Property Valuation of the State of Kansas; STATE BOARD OF TAX APPEALS OF KANSAS AND STATE BOARD OF EQUALIZATION OF KANSAS; and CHARLES B. JOSEPH, RALPH McCARTY, EUGENE E. LEE, and WILLIAM D. ANDERSON, JR., Members of the State Board of Tax Appeals of Kansas and the State Board of Equalization of Kansas; and JOHN E. ROYSTON, Attorney and Secretary of the State Board of Tax Appeals of Kansas and the State Board of Equalization of Kansas, *Appellees.*

No. 46,196

PANHANDLE EASTERN PIPE LINE COMPANY, a Corporation, *Appellant,* v. MARGUERITE ELLIS, County Treasurer of Harper County, et al., *Defendants,* and RONALD F. DWYER, Director of Property Valuation of the State of Kansas, et al., *Appellees.*

No. 46,197

PANHANDLE EASTERN PIPE LINE COMPANY, a Corporation, *Appellant,* v. DOROTHY WILSON, County Treasurer of Barber County, et al., *Defendants,* and RONALD F. DWYER, Director of Property Valuation of the State of Kansas, et al., *Appellees.*

No. 46,198

PANHANDLE EASTERN PIPE LINE COMPANY, a Corporation, *Appellant,* v. VIVIAN GRIGSBY, County Treasurer of Pratt County, et al., *Defendants,* v. RONALD F. DWYER, Director of Property Valuation of the State of Kansas, et al., *Appellees.*

(495 P. 2d 982)

Opinion filed April 8, 1972.

*John S. Seeber,* of Adams, Jones, Robinson and Manka, of Wichita, argued the cause, and *C. A. Conoley,* of Kansas City, Mo., was with him on the brief for the appellant.

*Clarence J. Malone,* acting director for the property valuation department, and *Matthew J. Dowd,* assistant attorney general, argued the cause, and *Vern Miller,* attorney general, *Robert S. Wunsch,* Kingman county attorney, *Carl A. Fleming,* Harper county attorney, *Thomas L. McGuire,* Barber county at-

torney, and *John V. Black*, Pratt county attorney, were with them on the brief for the appellees.

*Per Curiam:* These four appeals, arising in the nineteenth judicial district of Kansas, involve a single question: Are the state director of property valuation, the state board of tax appeals, the state board of equalization and the individual members, the attorney and the secretary of those boards, indispensable, necessary or proper parties defendant in a local action to recover taxes paid under protest?

The question was fully considered and answered in the negative in *Northern Natural Gas Co. v. Bender*, 208 Kan. 135, 490 P. 2d 399, under which authority the judgments appealed from are affirmed.